No. 325, Misc. JUZWIAK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William E. Willis* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 366, Misc. KING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 369, Misc. DEVENY *v.* UNITED STATES. The motion to add American Casualty Company of Reading, Pennsylvania, as a party respondent is granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Petitioner *pro se. Solicitor General Rankin* for the United States. *Harry P. Thomson, Jr.* for the Casualty Company.

MARCH 23, 1959.

No. 467, Misc. STEWART *v.* GREEN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION, ET AL.; and

No. 541, Misc. COSTELLO *v.* KLINGER, SUPERINTENDENT, CALIFORNIA MEN'S COLONY. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.